UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF KENTUCKY

LONDON DIVISION

EASTERN DISTRICT OF KENTUCKY
**FILED**
JAN 15 2026  8:30 AM
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

IN RE:

CHAPTER 13 CASE NO. 25-70328

COMMUNITY TRUST BANK, INC

CREDITOR

V.

TERRI LEMASTER

DEFENDANT DEBTOR

## MOTION TO IMPOSE STAY DUE TO CREDITOR FRAUD

Defendant LeMaster asks that attorney privilege not be extended to Community Trust Bank, Inc's attorneys and not take as true what they say or file due to fraud. Defendant invokes Rule 11. Defendant asks for a hearing on January 21, 2026 regarding discharging/disallowing Community Trust Bank, Inc due to fraud. Exhibit A is a document stating mortgage fraud, bank fraud and wire fraud are being investigated by USPSIS. Exhibit B are multiple fraudulent loan documents that Community Trust Bank, Inc gave to LeMaster that Defendant did not have

1.

knowledge of nor took out in variations of Defendants name and address. Exhibit C are documents that state "P.O. Box 1058 Williamson, WV. which apparently was a fraudulent address utilized for the fraudulent loans and loan checks. P.O. Box 1058 is not nor has ever been an address for Community Trust Bank or Pikeville National Bank since 2005 or before according to according to the USPS postmaster in Williamson WV. Exhibit D is a recording of Matt Marcum the Williamson, WV postmaster stating that P.O. Box 1058 Williamson, WV hasn't been the address for Community Trust Bank nor Pikeville National Bank since 2005 or before. The address of P. O. Box 1058 Williamson, WV is listed on a document filed in Claim 2 of Community Trust Bank, Inc's filing with this Bankruptcy Court. Also, The appraisal in Community Trust Bank, Inc's claim filed with this Bankruptcy Court lists information not for the home at 22 Varney Road owned by the Defendant. The fraudulent appraisal list the house was built in 2002 which is wrong as the home was built in 1998. The fraudulent appraisal lists there is an attached garage and no deck when the property of Defendant LeMaster does not have a garage but does have a deck. Even more proof can be presented at hearing of the fraud and fraud on the Court Community Trust Bank, Inc is perpetrating.

    Defendant asks for a hearing on January 21, 2026 regarding imposing stay and disallowing

2.

*/s/ Deni LeMaster*

the claims of Community Trust Bank, Inc.

        Respectfully submitted,
        Terri LeMaster

        _____
        Terri LeMaster, Defendant, Pro Si
        Tlemast.k18@gmail.com
        606-625-6006
        P.O. Box 612
        Belfry, KY 41514

3.                       *[signature: Terri LeMaster]*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing motion, attachments, purposed order and flash drive containing Exhibit D was served by hand delivery this 14th day of January, 2026 to the following:

Virginia Bair
Baird & Baird, PSC.
P.O. Box 351
162 Second Street
Pikeville, KY 41502

Community Trust Bank, Inc.
P.O. Box 2947
346 N. Mayo Trail
Pikeville, KY 41501

Respectfully submitted,

*Terri LeMaster*

Terri LeMaster, Defendant, Pro Si
P.O. Box 612
Belfry, KY 41514
606-625-6006
Tlemast.k18@gmail.com

4.



UNITED STATES POSTAL INSPECTION SERVICE

# PITTSBURGH DIVISION

Date: July 14, 2025.

To: Terri LeMaster
PO Box 612
Belfry, KY 41514
606-625-6600

Re: Fraud Investigation (Ref: 386204-MF)

This letter serves as an official notice that the United States Postal Inspection Service has initiated an investigation into the fraudulent activity you first reported in April 2025 in which you were identified as the victim. This investigation involves potential violations to include Title 18, United States Code, Section 1344: Bank Fraud; Title 18, United States Code, Section 1014: Mortgage Fraud; and Title 18, United States Code, Section 1343: Wire Fraud. This investigation involves criminal offenses that have occurred since 2011 to present.

If you have any additional questions or concerns, please contact me at telephone number 304-357-4140.

Respectfully,

*[signature]*

Brandon Holestine
United States Postal Inspector
United States Postal Inspection Service
Charleston, WV Domicile
PO Box 1308
Charleston, WV 25325-1308

CHARLESTON, WV DOMICILE
P.O. BOX 1308
CHARLESTON, WV 25325-1308
P: 877-876-2455
F: 650-357-6431

*[handwritten annotation: Exhibit A — Investigation letter of Mortgage Fraud, Bank Fraud and Wire Fraud — LeMaster]*

www.uspis.gov





FIS

XE

| | |
|---|---|
| Mortgage | 6050000248600003 |
| Document Type | Loan Amendment / Extension / Renewal |

**Lending Complete Coversheet**

| | |
|---|---|
| Loan Type | Mortgage |
| Loan Number | 6050000248600003 |
| Customer Name | TERRI LEMASTER |
| SSN/TIN | 404900726 |
| Codes | M-870-45-O |
| Primary Officer | 204 |
| Note Date Opened | 9/9/2011 |
| Note Date Closed | |
| Account Date Opened | |
| CIS | 19831 |
| Employee Loan | No |

Exhibit B
13 of 7

H

Version 16.0.01

## TRUTH-IN-LENDING DISCLOSURE

**NAME(S)/ADDRESS(ES) OF BORROWER(S)** ("Borrower," "I," "You," or "Your")
Terri LeMaster
22 Varney Road
Church House Hollow
Belfry, KY 41514

**NAME/ADDRESS OF LENDER (CREDITOR)** ("Lender," "Us," or "Our")
Community Trust Bank, Inc.
PO Box 2947
Pikeville, KY 41501

PROPERTY ADDRESS: 22 Varney Road, Church House Hollow, Belfry, KY 41514 Pike
LOAN NUMBER 1004DW00002486    TRANSACTION DATE August 15, 2011    ☐ Preliminary    ☒ Final

Words, numbers or phrases preceded by a ☐ are applicable only if the ☐ is marked. ☐ All numerical disclosures except the late payment disclosure are estimates.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 4.9523% | $37,179.45 | $88,933.34 | $126,112.79 |

☐ Interest on the amount of credit outstanding during the construction period will be paid ____, followed by:

### INTEREST RATE AND PAYMENT SUMMARY

| | INTRODUCTORY Rate & Monthly Payment (for first 5 years) | MAXIMUM during FIRST FIVE YEARS September 01, 2016 | MAXIMUM EVER (as early as September 1, 2016) |
|---|---|---|---|
| Interest Rate | 4.8750% | 6.8750% | 10.8750% |
| Principal + Interest Payment | $ 717.01 | $ 785.07 | $ 911.83 |
| Est. Taxes + Insurance (Escrow) | $ 81.21 | $ 81.21 | $ 81.21 |
| Total Est. Monthly Payment | $ 798.22 | $ 866.28 | $ 993.04 |

**VARIABLE RATE:**
☒ This transaction is subject to a variable rate feature. Variable rate disclosures have been provided at an earlier time.

**PAYABLE ON DEMAND:** ☐ This obligation is payable on demand. ☐ The disclosures are based on an assumed maturity of one year.

**INSURANCE:** You may obtain property insurance from anyone acceptable to Lender.

**SECURITY:** You are giving a security interest in the real property and any of the following items which are checked:
☐ Goods being purchased. ☐ Funds on deposit with Lender. ☐ Collateral securing other loans with us may also secure this loan.
☐ Other (Specify)

**LATE CHARGE:** If you are more than 15 days late in making any payment, in addition to your payment, you will pay a late charge of:
☐ the lesser of ☐ the greater of ☒ an amount equal to ☐ $ ____ or ☒ 5.0000% of the payment in default.

**PREPAYMENT:** If you pay off early, you ☐ may ☒ will not have to pay a penalty.
☐ may ☒ will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:** If this loan is to purchase and is secured by your principal dwelling, and if checked here, ☒ someone buying your dwelling cannot assume the remainder of this purchase money mortgage loan on the original terms. If this loan is to purchase and is secured by your principal dwelling, and if checked here, ☐ someone buying your dwelling may, subject to conditions, be allowed to assume the remainder of this purchase money mortgage loan.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and Creditor's policy regarding assumption of the obligation.

There is no guarantee that you will be able to refinance to lower your rate and payments.

You are not required to complete this agreement merely because you have received these disclosures or signed a loan application.

☒ Please refer to the "Good Faith Estimate" for a breakdown of fees. ☐ Please refer to the Itemization of Amount Financed Statement.
charges and amount financed.

**SIGNATURES:** By signing you acknowledge receipt of a completed copy of this disclosure. You understand that this is not a contract and does not reflect all of the terms and conditions of the mortgage transaction to which the disclosures reflected on this form relate.

X _[signature]_  8/15/11      X _[signature]_  Exhibit B  4/20/17
Terri LeMaster         DATE                        DATE

X _____      X _____
                    DATE                        DATE

© 2011 Harland Financial Solutions, Inc.
MULTISTATE
ITEM 3214L0 (031711)
60800002486

GreatDocs®
(Page 1 of 1)
1004DW00002486

BREAKDOWN FOR HUD LINE 105

File Number: 60500002486
Loan Number: 1004DW00002486
Borrower   : Terri LeMaster

                                                                         Payoff Amount

Borrower   : Terri LeMaster
Creditor   : COMMUNITY TR
Account #  : 6010059679200003                          $11,684.87

Borrower   : Terri LeMaster
Lender     : Walter Mortgage Co.
Property   : 22 Varney Road Church House Hollow, Belfry KY 41514
Account #  :                                                       $67,732.16

Total      :                                                       $79,417.03   TL

*[Handwritten: Exhibit B, pg 3 of 7, Terri LeMaster]*

Initials __TL__  Initials _____  Initials _____  Initials _____
Initials _____  Initials _____  Initials _____  Initials _____
Initials _____  Initials _____  Initials _____  Initials _____

| L. SETTLEMENT CHARGES | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| 800. Items Payable in Connection with Loan | From | | |
| 801. Our origination charge | $413.25 (GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $1,828.42 (GFE #2) | | |
| 803. Your adjusted origination charges | (GFE A) | 2,241.67 | |
| 804. Appraisal fee to Service Link | (GFE #3) | 450.00 | |
| 805. Credit report to Federal Home Loan Mortgage Company | (GFE #3) | 28.45 | |
| 806. Tax service to | (GFE #3) | 10.00 | |
| 807. Flood certification to Southwest Financial Services, LTD | (GFE #3) | | |
| 808. | (GFE#) | | |
| 809. | (GFE#) | | |
| 810. | (GFE#) | | |
| 811. | (GFE#) | | |
| 812. | (GFE#3) | | |
| 813. | (GFE#) | | |
| 814. | (GFE#3) | | |
| 815. | (GFE#3) | | |
| 816. | (GFE#3) | | |
| 817. | (GFE#) | | |
| 818. | (GFE#) | | |
| 819. | (GFE#) | | |
| 820. | | | |
| 900. Items Required by Lender to Be Paid in Advance | From | | |
| 901. Daily interest charges from 08/15/2011 to 09/01/2011 @ $12.2103 /day | (GFE #10) | 207.58 | |
| 902. Mortgage insurance premium for months to | (GFE #3) | | |
| 903. Homeowner's insurance for 1 years to KFB    POC 664.31 (B*) | (GFE #11) | 60.40 | |
| 904. | (GFE#) | | |
| 905. | (GFE#) | | |
| 1000. Reserves Deposited with Lender | From | | |
| 1001. Initial deposit for your escrow account | (GFE #9) | 1,699.20 | |
| 1002. Homeowner's insurance 12 months @ $ 60.39 per month | $724.68 | | |
| 1003. Mortgage insurance months @ $ per month | $ | | |
| 1004. Property taxes 12 months @ $ 81.21 per month | $974.52 | | |
| 1005. months @ $ per month | $ | | |
| 1006. months @ $ per month | $ | | |
| 1007. months @ $ per month | $ | | |
| 1008. months @ $ per month | $ | | |
| 1009. months @ $ per month | $ | | |
| 1010. months @ $ per month | $ | | |
| 1011. months @ $ per month | -$ | | |
| 1012. Aggregate Adjustment | | | |
| 1100. Title Charges | From | | |
| 1101. Title services and lender's title insurance | (GFE #4) | 471.00 | |
| 1102. Settlement or closing fee to | $ | | |
| 1103. Owner's title insurance to Bankers Title of Central Kentucky, LLC | (GFE #5) | | |
| 1104. Lender's title insurance to | $ | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $ | | | |
| 1107. Agent's portion of the total title insurance premium to Bankers Title of Central Kentucky, LLC | $ | | |
| 1108. Underwriter's portion of the total title insurance premium to Bankers Title of Central Kentucky, LLC | $ | | |
| 1109. | | | |
| 1110. | | | |
| 1200. Government Recording and Transfer Charges | From | | |
| 1201. Government recording charges | (GFE #7) | 75.00 | |
| 1202. Deed $ Mortgage $62.00 Releases $13.00 | | | |
| 1203. Transfer taxes | (GFE #8) | | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Deed $ Mortgage $ | | | |
| 1206. | | | |
| 1300. Additional Settlement Charges | From | | |
| 1301. Required services that you can shop for | (GFE #6) | | |
| 1302. | $ | | |
| 1303. Delinquent Taxes - 21275 to pike | $ | 1,439.08 | |
| 1304. Delinquent Taxes - 21437 to pike | | 2,674.59 | |
| 1305. Delinquent Taxes - 34118 to pike | | 2,647.04 | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 12,004.01 | |

Exhibit LB
Pg 9 of 7

* POC Key: B = Borrower, S = Seller, L = Lender, T = Third Party, K = Broker
Previous editions are obsolete

MULTISTATE
ITEM 3096L2 (111309)
60500002486

BORROWER'S COPY
HUD-1
GreatDocs®
(Page 2 of 3)
1004DW00002486

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | 426.50 | 413.25 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 1,712.86 | 1,828.42 |
| Your adjusted origination charges | # 803 | 2,139.36 | 2,241.67 |
| Transfer taxes | # 1203 | 0.00 | |
| **Charges That In Total Cannot Increase More Than 10%** | | Good Faith Estimate | HUD-1 |
| Government recording charges | # 1201 | 75.00 | 75.00 |
| Appraisal fee | # 804 | 450.00 | 450.00 |
| Loan Prospector | # 805 | 29.45 | 28.45 |
| Flood certification | # 807 | 10.00 | 10.00 |
| Delivery Fees | # 808 | 0.00 | 0.00 |
| Courier/Overnight Fees | # 813 | 0.00 | 0.00 |
| Deed Preparation | # 815 | 0.00 | 0.00 |
| IRS/W-2 Transcripts | # 816 | 0.00 | 0.00 |
| Inspection Fee | # 817 | 0.00 | 0.00 |
| Title Exam & Lenders Title Insurance Prem | # 1101 | 614.00 | 471.00 |
| Owner's title insurance | # 1103 | 0.00 | 0.00 |
| | TOTAL | 1,178.45 | 1,034.45 |
| | INCREASE BETWEEN GFE AND HUD-1 CHARGES | $ -144.00   or | -12.2194 % |
| **Charges That Can Change** | | Good Faith Estimate | HUD-1 |
| Initial deposit for your escrow account | # 1001 | 1,595.00 | 1,699.20 |
| Daily interest charges | # 901  $12.2103 /day | 171.58 | 207.58 |
| Homeowner's insurance | # 903 | 750.00 | 724.71 |
| Delinquent Taxes - 21275 | # 1303 | | 1,439.08 |
| Delinquent Taxes - 21437 | # 1304 | | 2,674.59 |
| Delinquent Taxes - 34118 | # 1305 | | 2,647.04 |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $ 91,421.04 |
| Your loan term is | 15 years |
| Your initial interest rate is | 4.8750 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 717.01  includes [X] Principal  [X] Interest  [ ] Mortgage Insurance |
| Can your interest rate rise? | [ ] No.  [X] Yes, it can rise to a maximum of 10.8750 %. The first change will be on 09/01/2016 and can change again every 12 months after 09/01/2016. Every change date, your interest rate can increase or decrease by ___ %. Over the life of the loan, your interest rate is guaranteed to never be lower than 3.8750 % or higher than 10.8750 %. |
| Even if you make payments on time, can your loan balance rise? | [X] No.  [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [ ] No.  [X] Yes, the first increase can be on 10/01/2016 and the monthly amount owed can rise to $ 785.07. The maximum it can ever rise to is $ 911.83. |
| Does your loan have a prepayment penalty? | [X] No.  [ ] Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | [X] No.  [ ] Yes, you have a balloon payment of $ ___ due in ___ years on ___ |
| Total monthly amount owed including escrow account payments. | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $ 141.60 that results in a total initial monthly amount owed of $ 858.61. This includes principal, interest, any mortgage insurance and any items checked below:<br>[X] Property taxes  [X] Homeowner's insurance  [ ]<br>[ ] Flood insurance  [ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

Previous editions are obsolete

MULTISTATE
ITEM 3096L3 (111309)
60500002466

BORROWER'S COPY
HUD-1
GreatDocs®
(Page 3 of 3)
1004DW00002466



OMB Approval No. 2502-0265

# Good Faith Estimate (GFE)

| | |
|---|---|
| **Name of Originator**<br>Community Trust Bank, Inc. | **Borrower**<br>Terri LeMaster |
| **Originator Address**<br>PO Box 2947<br>Pikeville, KY 41501 | **Property Address**<br>22 Vamey Road, Church House Hollow<br>Belfry, KY 41514 |
| **Originator Phone Number** (606)432-1414<br>**Originator Email** wellmade@ctbi.com | **Date of GFE** June 07, 2011 |

**Purpose** — This GFE gives you an estimate of your settlement charges and loan terms if you are approved for this loan. For more information, see HUD's *Special Information Booklet* on settlement charges, your *Truth-In-Lending Disclosures*, and other consumer information at www.hud.gov/respa. If you decide you would like to proceed with this loan, contact us.

**Shopping for your loan** — Only you can shop for the best loan for you. Compare this GFE with other loan offers, so you can find the best loan. Use the shopping chart on page 3 to compare all the offers you receive.

**Important dates**

1. The interest rate for this GFE is available through [ June 7, 2011 ]. After this time, the interest rate, some of your loan Origination Charges, and the monthly payment shown below can change until you lock your interest rate.
2. This estimate for all other settlement charges is available through [ June 24, 2011 ].
3. After you lock your interest rate, you must go to settlement within [ 30 ] days (your rate lock period) to receive the locked interest rate.
4. You must lock the interest rate at least [ NA ] days before settlement.

**Summary of your loan**

| | |
|---|---|
| Your initial loan amount is | $ 85,543.00 |
| Your loan term is | 15 years |
| Your initial interest rate is | 4.8750 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 671.70 per month |
| Can your interest rate rise? | ☐ No ☒ Yes, it can rise to a maximum of 10.8750%. The first change will be in 60 months |
| Even if you make payments on time, can your loan balance rise? | ☒ No ☐ Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and any mortgage insurance rise? | ☐ No ☒ Yes, the first increase can be in 60 months and the monthly amount owed can rise to $ 735.45. The maximum it can ever rise to is $ 854.20 |
| Does your loan have a prepayment penalty? | ☒ No ☐ Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | ☒ No ☐ Yes, you have a balloon payment of $ due in years. |

*[handwritten: This does not include escrow payment]*

**Escrow account information**

Some lenders require an escrow account to hold funds for paying property taxes or other property-related charges in addition to your monthly amount owed of $ 671.70.

Do we require you to have an escrow account for your loan?

☐ No, you do not have an escrow account. You must pay those charges directly when due.

☒ Yes, you have an escrow account. It may or may not cover all of these charges. Ask us.

**Summary of your settlement charges**

| | | |
|---|---|---|
| [A] | Your Adjusted Origination Charges (See page 2.) | $ 2,139.36 |
| B | Your Charges for All Other Settlement Services (See page 2.) | $ 3,940.03 |
| [A] + B | **TOTAL ESTIMATED SETTLEMENT CHARGES** | $ 6,079.39 |

*[handwritten signature]*
*Exhibit B*
*Pg 69 ?*

MULTISTATE
ITEM 3003L1 (091808)
80600002488

Good Faith Estimate (HUD-GFE)
GreatDocs
(Page 1 of 3)
1004DW00002486

# POWER OF ATTORNEY

I, TERRI LEMASTER of PO BOX 612, BELFRY, KY 41514, the bona fide registered owner of the following described property: 2009 MERCEDES-BENZ C 300 CAR (VIN WDDGE81X19R045115), hereby irrevocably appoint Community Trust Bank, Inc., with an address of Tug Valley Branch, 28160 U.S. Highway 119, South Williamson KY 41503, P.O. Box 2947, Pikeville, KY 41502-2947, or any officer thereof, as my attorney with full authority to execute and record any and all instruments, affidavits, certificates of title, renewals, and other documents necessary to effect registration, transfer of title, application for title and to evidence Community Trust Bank, Inc.'s security interest in the above described motor vehicle and to do such other things as may be proper pertaining to the title or licensing of the motor vehicle, in my place and stead. This Power of Attorney shall not terminate or otherwise be affected by my subsequent disability or incapacity.

GRANTOR:

X: _[signature]_
TERRI LEMASTER

COMMONWEALTH OF KENTUCKY     )
                            ) SS
COUNTY OF  Pike             )

Subscribed and sworn to before me this  15th  day of  February , 20 12 .

_[signature]_ Deanna L Wellman

Notary Public for the Commonwealth of  Ky

Residing at  South Williamson

( SEAL )

My commission expires  9/21/2015

LASER PRO Lending, Ver. 5.59.00.003 Copr. Harland Financial Solutions, Inc. 1997, 2012. All Rights Reserved. - KY G:\APPL\LPL_CONS\CFI\LPL\I50.FC TR-154828 PR-304

*I didn't sign any of this
& I Didn't sign Power of
Attorney*

*Terri LeMaster
Exhibit B
pg 7 of 7*

60500002486

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if Sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 22 Varney Road, Church Rouse Hollow Belfry, KY 41514 | N  S | $ 166,000.00 | $ 67,732.16 | $ 0.00 | $ 621.30 | $ 0.00 | $ 0.00 |
| N-subject property | | | | | | | |
| Totals | | $ 166,000.00 | $ 67,732.16 | $ 0.00 | $ 621.30 | $ 0.00 | $ 0.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 79,417.03 |
| e. Estimated prepaid items | 2,631.49 |
| f. Estimated closing costs | 8,208.41 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | 1,828.42 |
| i. Total costs (add items a through h) | 92,085.35 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 91,421.04 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 91,421.04 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 664.31 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

|  | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|
| a. Are there any outstanding judgments against you? | No | |
| b. Have you been declared bankrupt within the past 7 years? | No | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | No | |
| d. Are you a party to a lawsuit? | No | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | No | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | No | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | No | |
| h. Is any part of the down payment borrowed? | No | |
| i. Are you a co-maker or endorser on a note? | No | |
| j. Are you a U.S. citizen? | Yes | |
| k. Are you a permanent resident alien? | No | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below | Yes | |
| m. Have you had an ownership interest in a property in the last three years? (1) What type of property did you own — principal residence (PR), second home (SH) or investment property (IP)? (2) How did you hold title to the home — by yourself (S), jointly with your spouse (SP) or jointly with another person (O)? | Yes  PR  S | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgment. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

Borrower's Signature X _____  Date 8/5/11    Co-Borrower's Signature X _____  Date

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER ☐ I do not wish to furnish this information | CO-BORROWER ☒ I do not wish to furnish this information |
|---|---|
| Ethnicity: ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | Ethnicity: ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White | Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: ☒ Female  ☐ Male | Sex: ☐ Female  ☐ Male |

To be Completed by Loan Originator
This information was provided:
☐ In a face-to-face interview
☐ In a telephone interview
☒ By the applicant and submitted by fax or mail
☐ By the applicant and submitted via e-mail or internet

Loan Originator's Signature X _____  Date 8/15/2011

Loan Originator's Name (print or type): Deanna Wellman
Loan Originator Identifier: 
Loan Originator Phone Number (including area code): (606) 237-6051

Loan Origination Company's Name: Community Trust Bank, Inc.
Loan Origination Company Identifier: 
Loan Origination Company's Address: P.O. Box 1058, Williamson WV 25661

Uniform Residential Loan Application
Freddie Mac Form 65 7/05 (rev. 6/09)
Uniform Residential Loan Application – Standard Version © 2011 Harland Financial Solutions, Inc.
Page 3 of 4
Fannie Mae Form 1003 7/05 (rev. 6/09)
9/14/2011

Exhibit C
PO Box 1058
Williamson
11-19-4

# Uniform Residential Loan Application

60500002486

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower: _LeMaster_ (signature)   Co-Borrower:

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA   ☒ Conventional   ☐ Other (explain):<br>☐ FHA   ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number<br>1004DW00002486 |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | ☒ Fixed Rate   ☐ Other (explain):<br>☐ GPM   ☒ ARM (type): 2/6 CAP |
|---|---|---|---|---|
| $91,421.04 | 4.875000 % | 180 | | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & ZIP): 22 Varney Road, Church House Hollow, Belfry, KY 41514    No. of Units: 1

Legal Description of Subject Property (attach description if necessary): 22 Varney Road Church House Hollow, Belfry, KY 41514    Year Built: 2002

Purpose of Loan: ☐ Purchase   ☐ Construction   ☐ Other (explain):    Property Will be: ☒ Primary Residence   ☐ Secondary Residence   ☐ Investment
☒ Refinance   ☐ Construction-Permanent

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | | | | | |

Complete this line if this is a refinance loan.
| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2003 | $90,000.00 | $67,732.16 | Cash-out/debt consolidation | Cost: $ |

Title will be held in what Name(s): Terri LeMaster    Manner in which Title will be held: individually    Estate will be held in: ☒ Fee Simple   ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain):

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Terri LeMaster | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | (606) 625-6600 | |
| DOB (MM/DD/YYYY) | 11/10/1965 | |
| Yrs. School | 13 | |

☐ Married (include registered domestic partners)   Dependents (not listed by Co-Borrower): no. 0   ages
☐ Separated   ☒ Unmarried (include single, divorced, widowed)

Present Address (street, city, state, ZIP): ☒ Own  ☐ Rent  8 No. Yrs.
22 Varney Road
Church House Hollow
Belfry, KY 41514

Mailing Address, if different from Present Address:
PO Box 612
Belfry, KY 41514

If residing at present address for less than two years, complete the following:
Former Address (street, city, state, ZIP): ☐ Own  ☐ Rent  ___ No. Yrs.

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Performance Media  ☒ Self Employed | |
| Yrs. on this job | 2 yrs 5 mos | |
| Yrs. employed in this line of work/profession | 5 yrs 0 mos | |
| Position/Title/Type of Business | Owner   Cable Ad Sales | |
| Business Phone (incl. area code) | (606) 353-6880 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

(additional employment sections — blank)

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev. 6/09)
Fannie Mae Form 1003  7/05 (rev. 6/09)

Page 1 of 4

Uniform Residential Loan Application - Standard Version  © 2011 Marland Financial Solutions, Inc.    9/16/2019

(Handwritten annotations in margin:)
Lancaster
Exhibit C
PO Box 1058
Williamson
19294

60500002486

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 3,493.75 | | 3,493.75 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | 717.01 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 60.39 |
| Dividends/Interest | | | | Real Estate Taxes | | 81.21 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | | | | Homeowner Association Dues | | |
| | | | | Other: | | |
| Total | $ 3,493.75 | | 3,493.75 | Total | $ | 858.61 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, the Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | $ Payment/Months | $ |
| | | Name and address of Company<br>BB T<br>PO BOX 1847<br>WILSON, NC 27894 | 347.00/33 | 10,524.00 |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 790746182321001 | | |
| | | Name and address of Company<br>COLLECTION | $ Payment/Months<br>16.55/20 | 331.00 |
| Acct. no. | $ 1.00 | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 1354130001 | | |
| | | Name and address of Company<br>COMMUNITY TR<br>PO BOX 2947<br>PIKEVILLE, KY 41501 | $ Payment/Months<br>378.00/33* | 11,684.87* |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 6010059679200003 | | |
| | | Name and address of Company<br>LAMONT HANLEY ASSOCI<br>1138 ELM ST<br>MANCHESTER, NH 03101 | $ Payment/Months<br>19.70/20 | 194.00 |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 2806301 | | |
| | | Name and address of Company<br>CBS COL CLAR<br>121 W. DUNBAR CAVE<br>PO BOX 482<br>CLARKSVILLE, TN 37040 | $ Payment/Months<br>26.95/20 | 539.00 |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | Acct. no. 62110600028425763 | | |
| | | Name and address of Company<br>CREDIT SOLTN<br>3290 BLAZER PARKWA<br>SUITE 100<br>LEXINGTON, KY 40509 | $ Payment/Months<br>4.40/20 | 88.00 |
| Life insurance net cash value<br>Face amount: $ 0.00 | $ 0.00 | | | |
| Subtotal Liquid Assets | $ 1.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 166,000.00 | Acct. no. 261879522761 | | |
| Vested Interest in retirement fund | $ 0.00 | Name and address of Company<br>Walter Mortgage Co. | $ Payment/Months<br>$621.30* | 67,732.16* |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. No. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 1,411.90 | |
| Total Assets a. | $ 166,001.00 | Net Worth (a minus b) ▶ $ 74,707.97 | Total Liabilities b. | 91,293.03 |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)
Uniform Residential Loan Application - Standard Version   © 2011 Harland Financial Solutions, Inc.

Page 2 of 4

Fannie Mae Form 1003   7/05 (rev. 6/09)

9/16/2016

*[handwritten:] Exhibit C
POB 14858
Wilsmen
WV
pg 3 of 4*

60500002486

| | Continuation Sheet/Residential Loan Application | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Terri LeMaster | Agency Case Number: |
| | Co-Borrower: | Lender Case Number: 1004DW00002486 |

NO ADDITIONAL DATA OR SCHEDULES ARE ATTACHED TO THIS LOAN APPLICATION

Deni LeMaster
Exhibit C
PO Box 10 SKW
Williamson WV
pg 4 of 4

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X  /s/ T. LeMaster | 8/5/11 | X | |

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev. 6/09)
Page 4 of 4
Fannie Mae Forms 1003 7/05 (rev. 6/09)