# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

IN RE:  Terri Lemaster                             Case Number:  25-70328
        Debtor

---

### ORDER OF DISMISSAL

This case came on for hearing on 02/18/2026 on the Motion of the Trustee to Dismiss the case, and the Court being sufficiently advised, IT IS ORDERED:

The case is DISMISSED.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, February 24, 2026**
(grs)