# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507–1430

In re  Terri Lemaster

PO Box 612
Belfry, KY 41514

aka/dba:

SSN/TID: xxx–xx–0726

Debtor(s)

Case No. 25–70328–grs

Chapter: 13

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 02/24/2026, dismissing the above–captioned chapter 13 case.

DATED: February 24, 2026



By the Court –

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge