United States Bankruptcy Court

Eastern District of Kentucky

| In re: | Case No. 25-70328-grs |
|---|---|
| Terri Lemaster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0643-6　　　　　　　　　User: admin　　　　　　　　　Page 1 of 2
Date Rcvd: Feb 24, 2026　　　　　　　Form ID: nod　　　　　　　　　Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol　Definition**

+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri Lemaster, PO Box 612, Belfry, KY 41514-0612 |
| cr | + | Hamilton & Stevens, PLLC, P.O. Box 1286, 151 Main Street, Pikeville, KY 41501-1147 |
| 7372161 | + | CHERYL MORGAN, 260 W VINE STREET, SUITE 300, LEXINGTON KY 40507-1612 |
| 7372165 | | HON. VIRGINIA K. BAIRD, BAIRD & BAIRD, P.S.C., P.O. BOX 351, PIKEVILLE KY 41502-0351 |
| 7372167 | + | JAMES L. HAMILTON, ESQ., P.O. BOX 1286, PIKEVILLE KY 41502-1286 |
| 7372168 | + | STEPHEN HOGG, MASTER COMMISSIONER, P.O. BOX 734, PIKEVILLE KY 41502-0734 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7382095 | | Email/Text: bankruptcy@ctbi.com | Feb 24 2026 22:43:00 | COMMUNITY TRUST BANK INC., PO BOX 2947, PIKEVILLE, KY 41502 |
| 7372162 | + | Email/Text: bankruptcy@ctbi.com | Feb 24 2026 22:43:00 | COMMUNITY TRUST BANKCORP, INC, ATTN: BANKRUPTCY, 346 NORTH MAYO TRAIL, PIKEVILLE KY 41501-1847 |
| 7372163 | + | Email/Text: bankruptcy@credencerm.com | Feb 24 2026 22:43:00 | CREDENCE RESOURCE MANAGEMENT, LLC, ATTN: BANKRUPTCY, PO BOX 2300, SOUTHGATE MI 48195-4300 |
| 7372164 | + | EDI: CCS.COM | Feb 25 2026 03:40:00 | CREDIT COLLECTION SERVICES, ATTN: BANKRUPTCY, 725 CANTON ST, NORWOOD MA 02062-2679 |
| 7372166 | | EDI: IRS.COM | Feb 25 2026 03:40:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7378619 | | EDI: AIS.COM | Feb 25 2026 03:40:00 | T MOBILE/T-MOBILE USA INC, BY AIS INFOSOURCE, LP AS AGENT, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848 |
| 7397598 | | EDI: AIS.COM | Feb 25 2026 03:40:00 | VERIZON, BY AIS INFOSOURCE LP AS AGENT, PO BOX 4457, HOUSTON, TX 77210-4457 |
| 7372169 | + | EDI: VERIZONCOMB.COM | Feb 25 2026 03:40:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY DEPARTMENT, P.O.BOX 408, NEWARK NJ 07101-0408 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | COMMUNITY TRUST BANK INC, 346 NORTH MAYO TRAIL, PIKESVILLE KY 41501-1847, address filed with court:, Community Trust Bank, Inc., P.O. Box 2947, Pikeville, KY 41502 |

| | | |
|---|---|---|
| District/off: 0643-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: nod | Total Noticed: 14 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly M. Burden | Notices@Ch13EDKY.com  downloads@ch13edky.com |
| David L. Baird | on behalf of Creditor Community Trust Bank  Inc. sroberts@bairdandbaird.com;kburdine@bairdandbaird.com;Bankruptcyecf@bairdandbaird.com |
| James L Hamilton | on behalf of Creditor Hamilton & Stevens  PLLC james@hamiltonstevenslaw.com, hamiltonstevens@hamiltonstevenslaw.com |
| James L Hamilton | on behalf of Plaintiff James Hamilton james@hamiltonstevenslaw.com  hamiltonstevens@hamiltonstevenslaw.com |
| James L Hamilton | on behalf of Plaintiff Hamilton & Stevens  PLLC james@hamiltonstevenslaw.com, hamiltonstevens@hamiltonstevenslaw.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re  Terri Lemaster

PO Box 612
Belfry, KY 41514

aka/dba:

SSN/TID: xxx−xx−0726

Case No. 25−70328−grs

Chapter: 13

Debtor(s)

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 02/24/2026, dismissing the above−captioned chapter 13 case.

DATED: February 24, 2026



By the Court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge